Submitted on record and appellant's brief June 19, reversed
and remanded for new trial June 23, 1975

STATE OF OREGON, *Respondent, v.*
GEORGE WESLEY HARVEY (No. 8502), *Appellant.*

536 P2d 548

Gary D. Babcock, Public Defender, and John K. Hoover, Deputy Public Defender, Salem, filed the brief for appellant.

Hugh C. Downer, Jr., Assistant District Attorney, Coquille, appeared for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

On this appeal the state confesses error.

Reversed and remanded for a new trial.